ACCEPTED
FILE COPY    01-14-00845-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/14/2015 8:33:10 AM
CHRISTOPHER PRINE
CLERK

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
  JUSTICES



# Court of Appeals
# First District
### 301 Fannin Street
### Houston, Texas 77002-2066

May 7, 2015

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX: 713-755-8131
www.1stcoa.courts.state.tx.us

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/14/2015 8:33:10 AM
CHRISTOPHER A. PRINE
  Clerk

David Lancaster
P.O. Box 722
Gray, LA 70359
* DELIVERED VIA E-MAIL *

  **RE:** **Court of Appeals Number:** 01-14-00845-CV      **Trial Court Case Number:** 2013-05066

  **Style:** David  Lancaster v. Barbara  Lancaster

  We are forwarding the following via USPS Certified Mail (# 7000 1530 0003 7020 3201):

  Clerk's Record filed November 6, 2014

  Supplemental Clerk's Record filed December 23, 2014

  Supplemental Clerk's Record filed January 20, 2015

  Reporter's Record filed November 26, 2014

  Please sign the attached copy and return to show receipt.

  Sincerely,

  Christopher A. Prine, Clerk of the Court

  By Michelle Gentile, Chief Deputy Clerk

  cc:    Mary  K. Quinn (DELIVERED VIA E-MAIL)

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
  JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.1stcoa.courts.state.tx.us

# Court of Appeals
# First District
301 Fannin Street
Houston, Texas 77002-2066

May 7, 2015

David Lancaster
P.O. Box 722
Gray, LA 70359

RE:   Court of Appeals Number:  01-14-00845-CV   Trial Court Case Number:  2013-05066

Style:  David Lancaster v. Barbara Lancaster

       We are forwarding the following via USPS Certified Mail (# 7000 1530 0003 7020 3201):

        Clerk's Record filed November 6, 2014

       Supplemental Clerk's Record filed December 23, 2014

       Supplemental Clerk's Record filed January 20, 2015

       Reporter's Record filed November 26, 2014


       Please sign below and return to show receipt.

                                        Sincerely,



                                        Christopher A. Prine, Clerk of the Court

                                        By Michelle Gentile, Chief Deputy Clerk


                         RETURN RECEIPT

Received by /s/ *David Lancaster*_____  Date Received ____ May 13, 2015 _____